1 | MICHAEL J. STORTZ (SBN 139386)
michael.stortz@dbr.com
2 | MATTHEW J. ADLER (SBN 273147)
matthew.adler@dbr.com
3 | DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
4 | San Francisco, CA  94105-2235
Telephone:     (415) 591-7500
5 | Facsimile:     (415) 591-7510

6 | Attorneys for Plaintiff
C&S WHOLESALE GROCERS, INC., on behalf of
7 | Estate of Delano Retail Partners, LLC

8

9 | UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10

11

12 | C&S WHOLESALE GROCERS, INC., a
Vermont corporation, on behalf of Estate of
Delano Retail Partners, LLC,

13

Plaintiff,

14

v.

15

16 | HARLEY DELANO, an individual;
DENNIS DELANO, an individual;
JOSEPH NERI, an individual; 2040
17 | FAIRFAX, INC., a California corporation;
and DOES 1 through 25,

18

Defendants.

19

Case No. 2:14-cv-02215-TLN-DAD

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE

CASE NO. 2:14-CV-02215-TLN-DAD

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the undersigned parties, through their counsel of record, hereby stipulate to the dismissal with prejudice of Plaintiff's claims asserted against Defendants Harley Delano, Dennis Delano, and 2040 Fairfax, Inc., with the parties bearing their own attorneys' fees and costs, and on condition that the Court retains jurisdiction to enforce the terms of the Settlement Agreement executed by and between Plaintiff and Defendants Harley Delano, Dennis Delano, and 2040 Fairfax, Inc.

**IT IS SO STIPULATED.**

Dated: January 30, 2015                    DRINKER BIDDLE & REATH LLP


By: /s/ Michael J. Stortz
    Michael J. Stortz
    Matthew J. Adler

Attorneys for Plaintiff
C&S WHOLESALE GROCERS, INC., on behalf of Estate of Delano Retail Partners, LLC

Dated: January 29, 2015                    KORNFIELD, NYBERG, BENDES & KUHNER, P.C.


By: /s/
    Eric A. Nyberg

Attorneys for Defendants
HARLEY DELANO, DENNIS DELANO, and 2040 FAIRFAX, INC.

Dated: January 30, 2015                    HANSEN, KOHLS, SOMMER & JACOB, LLP


                                           By: /s/ _____
                                               Daniel V. Kohls
                                               Bret N. Batchman

                                           Attorneys for Defendant
                                           JOSEPH NERI

## **ORDER OF DISMISSAL WITH PREJUDICE**

   Pursuant to the foregoing Stipulation of the parties, and for good cause appearing, **IT IS**

**HEREBY ORDERED THAT**:

   1.     Plaintiff's claims asserted against Defendants Harley Delano, Dennis Delano, and

2040 Fairfax, Inc. ONLY are DISMISSED WITH PREJUDICE; and

   2.     The Court shall retain jurisdiction to enforce the terms of this Order and the terms

of the Settlement Agreement executed by and between Plaintiff and Defendants Harley Delano,

Dennis Delano, and 2040 Fairfax, Inc.


Dated:  February 2, 2015

                                           _____
                                           Troy L. Nunley
                                           United States District Judge

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE                              - 2 -        CASE NO. 2:14-CV-02215-TLN-DAD