DANIEL V. KOHLS (SBN 167987)
BRET N. BATCHMAN (SBN 236311)
HANSEN, KOHLS, SOMMER & JACOB, LLP
1520 Eureka Road, Suite 100
Roseville, California 95661
Telephone: (916) 781-2550
Facsimile: (916) 781-5339
dkohls@hansenkohls.com
bbatchman@hansenkohls.com

Attorneys for Defendant JOSEPH NERI

MICHAEL J. STORTZ (SBN 139386)
MATTHEW J. ADLER (SBN 273147)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
michael.stortz@dbr.com
matthew.adler@dbr.com

Attorneys for Plaintiff C&S WHOLESALE GROCERS, INC., on behalf of Estate of Delano Retail Partners, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C & S WHOLESALE GROCERS, INC., a Vermont corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HARLEY DELANO, an individual; DENNIS DELANO, an individual; JOSEPH NERI, an individual; 2040 FAIRFAX, INC., a California corporation; and DOES 1 through 25,<br><br>Defendants. | Case No. 2:14-cv-02215-TLN-DAD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

CASE NO. 2:14-CV-02215-TLN-DAD

IT IS HEREBY STIPULATED by and between Plaintiff C&S Wholesale Grocers, Inc. and Defendant Joseph Neri, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), with each party to bear its own attorneys' fees and costs.[1]  Additionally, the parties stipulate that the Court shall retain jurisdiction to enforce the terms of their Settlement Agreement

**IT IS SO STIPULATED**.

Dated: July 22, 2015

DRINKER, BIDDLE & REATH, LLP

By: /s/ Michael J. Stortz
MICHAEL J. STORTZ
Attorneys for Plaintiff
C&S WHOLESALE GROCERS, INC., on behalf of Estate of Delano Retail Partners, LLC

Dated: July 22, 2015

HANSEN, KOHLS, SOMMER & JACOB, LLP

By:  /s/ Bret N. Batchman Authorized on 7/22/15
BRET N. BATCHMAN
Attorneys for Defendant
JOSEPH NERI

---

[1] On February 2, 2015, the Court entered an Order of Dismissal with Prejudice of Plaintiff's Claims against Defendants Harley Delano, Dennis Delano and 2040 Fairfax, Inc. pursuant to the parties' stipulation.

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the foregoing Stipulation of the parties, and for good cause appearing, IT IS HEREBY ORDERED THAT:

1. The case is DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

2. The Court shall retain jurisdiction to enforce the terms of this Order and the terms of the Settlement Agreement executed by and between Plaintiff C&S Wholesale Grocers, Inc. and Defendant Joseph Neri.

Dated: July 23, 2015

Troy L. Nunley
United States District Judge